

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2022

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Patrick Ndukwe et al.*, **21 Cr. 700 (DLC)**

Dear Judge Cote:

    The Government writes to respectfully to provide an update to the Court regarding its discovery production in the above-captioned matter, and to respectfully request an additional two-week adjournment of the Government's current Rule 16 discovery deadline for the reasons described below.

    On November 15, 2021, a grand jury returned an indictment charging defendants Patrick Ndukwe, David Travers, and Michelle Martin with numerous offenses related to a scheme to defraud Medicaid. On December 3, 2021, the Court held an initial pretrial conference. At the conference, the Government sought, and the Court granted, a deadline of December 31, 2021, to produce Rule 16 discovery. On January 3, 2022, the Court granted an extension of the Government's deadline to January 14, 2022. The defendants' pretrial motions are due by December 2, 2022 and trial is scheduled for April 3, 2023.

    In addition to the more than 165,000 pages of Rule 16 discovery already produced, the Government expects to produce tomorrow more than 12,000 additional pages of documents, a cellphone extraction file, additional law enforcement records, and other records. The Government is continuing to review records relevant to this matter, including records on electronic devices. The Government will promptly produce any additional Rule 16 discovery and expects to continue making rolling productions to the defense. The Government has already had one call with defense counsel aimed at aiding in counsel's review of voluminous discovery and may have additional calls.

    However, because the collection, processing, review, and production of the additional discovery described above will not be complete by the current deadline of January 14, 2022, the

Page 2

Government respectfully requests that an additional period of 14 days to produce this Rule 16 discovery, until January 28, 2022.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by:  /s/ Kedar S. Bhatia
     Brandon D. Harper
     Kedar S. Bhatia
     Assistant United States Attorneys
     (212) 637-2209 / 2465

cc: Counsel for all Defendants (via ECF)

*Granted.*

*[Signature]*
*1/13/22*