```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    21cr700(DLC)
                                        :
            -v-                         :    ORDER
                                        :
PATRICK NDUKWE, DAVID TRAVERS, and      :
MICHELLE MARTIN,                        :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The above-captioned matter is scheduled to proceed to trial on April 3, 2023. Accordingly, it is hereby

ORDERED that any Trial Memorandum, Rule 404(b) motions and motions <u>in limine</u> shall be filed by **March 3, 2023**; opposition to any motions shall be filed by **March 10**. Counsel shall provide two courtesy copies to the Court.

IT IS FURTHER ORDERED that any written Voir Dire requests and Requests to Charge shall be filed by **March 10**. Two courtesy copies shall be delivered to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **March 24, 2023 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

SO ORDERED:

Dated:   New York, New York
         January 20, 2023

                                             _____
                                             DENISE COTE
                                             United States District Judge