**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2023

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> *The arraignment will occur on 3/3/23 at 3:00 pm.*
>
> *Denise Cote*
> *2/24/23*

Re:   *United States v. Patrick Ndukwe et al.*, S1 21 Cr. 700 (DLC)

Dear Judge Cote:

A superseding indictment was returned in this case on February 22, 2023. Having conferred with counsel, the Government writes to inform the Court that defendants Patrick Ndukwe and Michelle Martin, and their respective counsel, are available for an arraignment on the superseding indictment on March 2, 2023, after 2:00 p.m., or on March 3, 2023 any time. Defendant David Travers and his counsel are not available until the following week. The Government respectfully requests that the Court set a date for the arraignments of Mr. Ndukwe and Ms. Martin on March 2 or 3, subject to the Court's availability, and permit the Government and Mr. Travers to confer further about a schedule and set a separate arraignment on a date convenient for the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Kedar S. Bhatia
Jarrod L. Schaeffer
Derek Wikstrom
Assistant United States Attorneys
(212) 637-2465 / 2270 / 1085

cc:   All counsel of record (by ECF)