UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

PATRICK NDUKWE,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Proposed Order of Restitution**

21 Cr. 700 (DLC)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, and Assistant United States Attorneys, Kedar S. Bhatia, Jarrod L. Schaeffer, and Derek Wikstrom, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Superseding Indictment ("Indictment"); and all other proceedings in this case, it is hereby ORDERED that:

## 1.     Amount of Restitution

PATRICK NDUKWE, the defendant, shall pay restitution in the total amount of $2,575,417.00, pursuant to 18 U.S.C. § 3663A, to the victim(s) of the offenses charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A.     Joint and Several Liability

Restitution is joint and several with the following co-defendants in this case: DAVID TRAVERS and MICHELLE MARTIN. The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every

victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

### B.     Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.     **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).  The defendant will commence monthly installment payments of not less than ten percent (10%) of the defendant's gross income, payable on the first of each month, immediately upon entry of this judgment.  While serving any term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' ("BOP") Inmate Financial Responsibility Plan ("IFRP").  Any unpaid amount remaining upon release from prison will be paid in installments of not less than ten percent (10%) of the defendant's gross income, payable on the first of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

2023.2.16                                                2

3.     **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.   Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 (Attn: Cashier), as required by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case on each check or money order.

4.     **Change in Circumstances**

The defendant shall notify, within thirty (30) days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.     **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of twenty (20) years from the entry of judgment or twenty (20) years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held

responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18

U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

June 30, 2023
DATE

2023.2.16                                    4

## Schedule A

| Victim Name | Address | Specific Amount Owed |
|---|---|---|
| New York State Department of Health | New York State Office of the Medicaid Inspector General<br>Bureau of Collections Management<br>800 North Pearl Street<br>Albany, New York 12204 | $2,575,417.00 |