**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2023

**BY CM/ECF**
The Hon. Denise Cote
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Patrick Ndukwe et al.*, **21 Cr. 700 (DC)**

Dear Judge Cote:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

      by:  /s/ Kedar S. Bhatia
            Kedar S. Bhatia
            Assistant United States Attorney
            212-637-2465

*So ordered.*
*[signature] Denise Cote*
*10/2/23*