```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
PATRICK NDUKWE,                          :    24cv5073 (DLC)
                      Petitioner,        :
                                         :    S1 21cr700-1 (DLC)
          -v-                            :
                                         :         ORDER
UNITED STATES OF AMERICA,                :
                      Respondent.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the petitioner's motion to vacate his sentence pursuant to 28 U.S.C. § 2255, it is hereby

ORDERED that the Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

IT IS FURTHER ORDERED that the respondent United States of America shall file any opposition to the motion by September 13, 2024.  The petitioner shall file any response by October 18, 2024.

IT IS FURTHER ORDERED that all further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

Dated:    New York, New York
          July 11, 2024

                                   _____
                                           DENISE COTE
                                    United States District Judge