AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>PATRICK NDUKWE | )<br>)<br>)<br>)<br>) |

Case No: **S1 21-CR-00700-01 (DLC)**

USM No: **74454-509**

Date of Original Judgment:     06/30/2023  )
Date of Previous Amended Judgment: _____ )
*(Use Date of Last Amended Judgment if Any)*

**Jessica Masella**          **AUSA Derek Wikstrom**

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     06/30/2023     shall remain in effect.

**IT IS SO ORDERED**.

Order Date: _July 22, 2024_

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Denise Cote, U.S. District Judge
*Printed name and title*