```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 PATRICK NDUKWE,                          :
                          Petitioner,     :   S1 21cr700-1 (DLC)
                                          :      24cv5073 (DLC)
           -v-                            :
                                          :
 UNITED STATES OF AMERICA,                :        ORDER
                          Respondent.     :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    On June 30, 2024, the defendant filed a petition for a writ of habeas corpus.  On July 11, the Court issued a scheduling order requiring the Government's response by September 13.  In a July 31 Order, the petitioner was given the opportunity to submit any arguments in support of his petition in a document filed no later than September 13.  The petitioner having failed to submit any arguments in support of his petition in a document filed by the September 13 deadline, it is hereby

    ORDERED that the July 31 Order is vacated to the extent that it required the Government to respond to the petition by November 15, 2024.  The Court will advise the Government if it requires it to respond to the petition.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the petitioner and note service on the docket.

Dated:   New York, New York
         September 26, 2024

_____
DENISE COTE
United States District Judge