UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>PATRICK NDUKWE,<br>Defendant. | : | 21cr700-1(DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On September 30, 2026, defendant Patrick Ndukwe's motion for the return of property was docketed. Accordingly, it is hereby

ORDERED that the Government shall respond to the motion by October 30, 2026.

Dated: New York, New York
October 1, 2026

DENISE COTE
United States District Judge