UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

PATRICK NDUKWE,

Defendant.

---

21cr700-1(DLC)

ORDER

DENISE COTE, District Judge:

On September 25, 2026, this Court received a motion from defendant Patrick Ndukwe for the return of certain property. The Government informed the Court by letter dated October 30 that it does not object to the defendant's motion. Accordingly, it is hereby

ORDERED that the Government shall file a status later no later than January 22, 2027 updating the Court regarding the return of the defendant's property.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order to the defendant and note service on the docket.

Dated: New York, New York
November 5, 2026

Denise Cote
DENISE COTE
United States District Judge